IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :  CRIM. NO. 12-681 |
| EDUARDO APONTE<br>KATHLEEN DIAZ | : |

## ORDER

AND NOW, this 12th day of May, 2014, upon Motion of the Government to Dismiss the Superseding Indictment in the above-captioned matter, and upon no objection from the defendants, the government's Motion is granted. The Superseding Indictment in the above-captioned matter is DISMISSED without prejudice.

BY THE COURT:

HONORABLE JUAN R. SANCHEZ
United States District Judge

3